excluded from the files. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

L. BARTH & SON, INC., v. DAVID H. SMITH.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs; motion for stay granted upon defendant's giving and filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

NATHAN LANDE v. ABNER GLUCK and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. H. ELY GOLDSMITH.— Motion denied, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BESSIE JOSEPHSON v. JACOB BACK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of MARIE WAGNER and Another, as Trustees, etc., of ERNEST WAGNER, Deceased, and of the Account of MARIE WAGNER, as Sole Surviving Trustee under Said Will.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RALPH BRESCIA v. KILAR CONSTRUCTION Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

RALPH BRESCIA v. KILAR CONSTRUCTION Co., INC.— Motion granted upon defendant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

JAMES H. R. CROMWELL v. 502 PARK AVENUE CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE MICWIEL COMPANY v. 355 RIVERSIDE DRIVE CORPORATION. BRACKETT & COLT, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FINANCIAL GUILD, INC., v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GEORGE A. CARDEN and Others v. JAMES M. KERR, Individually and as Surviving Partner, etc., of E. A. MANICE & COMPANY, and CAROLINE F. MANICE, Executor, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERENICE L. BAUMANN v. C. LUDWIG BAUMANN and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

S. STROOCK & CO., INC., v. JOSEPH LICHTENTHAL, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ALEXANDER WALKER and Another v. LEIGH K. LYDECKER, as Testamentary Trustee, etc., and Others. RICHARD H. WALKER and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.